# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT S. HARRY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERRILL LYNCH CREDIT SERVICES, et al., <br><br> Defendants. | Case No.: 19cv2289-LAB (BGS) <br><br> **ORDER OF DISMISSAL** |

In its February 10, 2020 Order Granting PHH Mortgage's Motion to Dismiss, (Dkt. 6), the Court cautioned that if Plaintiffs Herbert and Karen Harry didn't serve the remaining defendants by March 1, 2020, the Court would dismiss those defendants from the case. March 1 has come and gone, but there is no indication the defendants have been served. This action is therefore **DISMISSED WITHOUT PREJUDICE** as to all remaining defendants. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: March 9, 2020

**Hon. Larry Alan Burns**
Chief United States District Judge